364 F.3d 1057
 EYAK NATIVE VILLAGE; Chanega Native Village; Nanwalek Native Village; Port Graham Native Village; Tatitlek Native Village, Plaintiffs-Appellants,
v.
William M. DALEY; Donald Evans, Defendants-Appellees.
 No. 02-36155.
 United States Court of Appeals, Ninth Circuit.
 Filed April 7, 2004.
 
 James J. Davis, Jr., Goriune Dudukgian, Heather R. Kendall-Miller, Alaska Legal Services Corporation, Heather Kendall-Miller, Natalie Landreth, Anchorage, AK, for Plaintiff-Appellant.
 David C. Shilton, U.S. Department of Justice, Washington, DC, Bruce M. Landon, Asst. U.S. Atty., DOJ-U.S. Department of Justice, Anchorage, AK, for Defendant-Appellee.
 Before SCHROEDER, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be heard by the en banc court pursuant to Circuit Rule 35-3.